SRipLaw

Joel B. Rothman
Managing Partner - Board Certified in Intellectual Property Law

Direct: 561.404.4335
joel.rothman@sriplaw.com

Request GRANTED. The Initial Pretrial Conference in this matter is adjourned from November 5, 2026, to **November 24, 2026, at 12:00 p.m.** The parties are reminded of their obligation to comply with the Court's Individual Rules 2.B in advance of the conference date. This order terminates the motion at Dkt. 10.

Dated: October 28, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

October 27, 2026

Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Gary Miller v. Source Digital, Inc.**
**Case Number: 1:26-cv-06939**
**Our File Number: 33318**

**PLAINTIFF'S REQUEST FOR ADJOURNMENT OF PRETRIAL CONFERENCE**

Dear Judge Rochon,

Plaintiff Gary Miller ("Miller" or "Plaintiff"), by and through undersigned counsel, writes to respectfully request that the Initial Pretrial Conference currently scheduled for November 5, 2026, at 10:00 am (Docket 7) be adjourned until after Defendant Source Digital, Inc.'s deadline to answer the Complaint which is November 10, 2026.

Good cause exists for this request. Plaintiff completed service on Source Digital, Inc. on October 20, 2026, setting the answer deadline to November 10, 2026. See Return of Summons filed at Docket 8. Counsel for Source Digital, Inc. has yet to appear in this matter. Defendant has not yet responded to the Complaint or otherwise appeared. Adjourning the Conference until after the defendant has had a chance to appear allows the parties the opportunity to confer on the issues and prepare an agreed pretrial schedule.

On October 27, 2026, the Court's Order at Docket 9 noted the parties were due to file a joint letter and proposed Civil Case Management Plan and Scheduling Order at least ten calendar days before the date of the Initial Pretrial Conference, and the parties had not done so by the October 26, 2026 deadline. Plaintiff apologizes to the Court for failing to seek adjournment of the Conference in time and for any inconvenience caused, and asks that the Court adjourn the Initial Pretrial Conference currently scheduled for November 5, 2026, at 10:00 am, and any related deadlines, until after Defendant Source Digital, Inc.'s deadline to answer the Complaint which is November 10, 2026.

Respectfully submitted,

*/s/ Joel B. Rothman*

JOEL B. ROTHMAN
Bar Number: JR0352
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

and

JORDAN I. ABISROR
Bar Number: 6139190
jordan.abisror@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.475.9070 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Gary Miller*