The McMillan Firm™
450 Seventh Avenue Suite 601
New York, NY 10123
646-559-8314

November 12, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017

Re: *Miller v. Source Digital, Inc.* (1:26-cv-06939-JLR)

**LETTER MOTION TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE**

Dear Judge Rochon,

We represent Defendant Source Digital, Inc. in the above-referenced case. We write, together with Plaintiff Gary Miller, and pursuant to Your Honor's Individual Practice Rule I.F, to request a 40-day adjournment of the Initial Case Management Conference from its currently scheduled date of November 24, 2026.

Defendant has received service and Plaintiff has agreed to an 8-day extension of Defendant's deadline to file a response, from November 10 to November 18, 2026. The parties believe that a brief adjournment would allow Defendant to file its response before the Case Management Plan is due, and would provide the parties with an opportunity to discuss a potential settlement and determine whether the action may be resolved without the need for further litigation. This request is made in the interest of judicial economy and is not intended to delay the proceedings unnecessarily.

This is Defendant's first request for an adjournment. Plaintiff previously requested an adjournment of the Initial Conference on October 27, 2026, which was granted by Your Honor on October 28, 2026. Plaintiff has consented to this request. The parties are available for a rescheduled conference on the following dates: January 4, 2026, January 5, 2026, or January 6, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s Matthew F. Abbott
Matthew F. Abbott
THE MCMILLAN FIRM

*Attorneys for Source Digital, Inc.*

Cc: All counsel of record (via ECF)

Request GRANTED. Defendant's deadline to file a response is November 18, 2026. The Initial Pretrial Conference will be held on January 14, 2027 at 4:30 p.m.

The conference will be conducted virtually via Teams video. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 Phone Conference ID: 419 282 125#.

Date: November 13, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**